IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHA MARTINEZ o/b/o J.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-1304 |
| CAROLYN COLVIN[1] | : | |

**ORDER**

AND NOW, this 25th day of November, 2014, upon consideration of plaintiff's request for review, defendant's response to request for review, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, plaintiff's objections to the Report and Recommendation, and defendant's response to the objections, it is ordered that:

1. Plaintiff's objections to the Report and Recommendation are overruled.

2. The Report and Recommendation is approved and adopted.

3. Plaintiff's request for benefits is denied.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for previous Commissioner Michael J. Astrue as defendant n this case. No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).